

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Diane Beall, Appellant

No. 06-21-00097-CV          v.

Robert Russell, Frank Russell, Dorothy
Russell, Thomas Jones, Teresa Beall,
Edward Beall, and Joanie Jones, Appellees

Appeal from the 71st District Court of
Harrison County, Texas (Tr. Ct. No. 14-
0718).  Memorandum Opinion delivered by
Chief Justice Morriss, Justice Stevens and
Justice van Cleef participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the September 2021 judgment of the trial court.

We note that the appellant, Diane Beall, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JULY 5, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk